THEODORE C. WOOD, Plaintiff, v. FIFTEEN WEST ONE HUNDRED AND TWENTY-THIRD STREET COMPANY, INC., and Others, Defendants, Impleaded with CHARLES J. WEINERT, Appellant, and CHURCH E. GATES & Co., INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of DANIEL BAYTON and SAMUEL D. JOHNSON, Attorneys, Respondents, to Foreclose Their Lien for Services Rendered in the Case Entitled: KATE MILLER, Plaintiff, v. SAM SPIRO and Others, Defendants. MORRIS & SAMUEL MEYERS, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

OBERMEYER & LIEBMANN, a Corporation, Respondent, v. L. MUNDET & SON, INC., Appellant.— Order modified by providing that clauses 1, 6 and 7 of the order for examination be stricken out, and, as so modified, affirmed, without costs; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

DUDLEY SCRYSMER MACDONALD, Appellant, v. PODGUR REALTY Co. and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALFRED BENJAMIN, Respondent, v. JOHN E. GERLACH REALTY Co., INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FERDINAND J. SIEGHARDT, Appellant, v. JOHN MILLER, Individually and as Executor, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of the Application of PETER MALONE and Others, Respondents, for the Examination of JONATHAN C. DAY, Commissioner of Public Markets of the City of New York, Pursuant to Section 1534 of the Charter of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.